AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00078 |
| STEVEN MILES | ) Assigned To : Harvey, G. Michael |
| D.O.B. | ) Assign. Date : 4/8/2022 |
| MATTHEW LEBRUN | ) Description: COMPLAINT W/ ARREST WARRANT |
| D.O.B. | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   January 6, 2021   in the county of _____ in the _____ District of   Columbia  , the defendant(s) violated:

*Code Section* — *Offense Description*

MILES-
18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers); 18 U.S.C. § 231(a)(3)(Civil Disorder); 18 U.S.C. § 1361 (Destruction of Government Property); 18 U.S.C. § 1752(a)(1) and (b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Dangerous or Deadly Weapon); 18 U.S.C. § 1752(a)(4) and (b)(1)(A)(Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon); 40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building); 40 U.S.C. § 5104(e)(2)(F)(Act of Physical Violence in the Capitol Grounds or Building); 40 U.S.C. § 5104(e)(2)(F)(G) (Parade, Demonstrate, or Picketing in a Capitol Building).

LEBRUN-
18 U.S.C. §1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2)(Disorderly and Disruptive Conduct in a Restricted Building); 40 U.S.C. § 5104(e)(2)(D)(Disorderly Conduct in a Capitol Building); 40 U.S.C. § 5104(e)(2)(F)(G); (Parade, Demonstrate, or Picketing in a Capitol Building).

This criminal complaint is based on these facts:

See attached Statement of Facts.

☐ Continued on the attached sheet.

*Complainant's signature*

Christopher Leckinger, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   04/08/2022

*Judge's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*